AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information associated with the TARGET ACCOUNT,<br>described in Attachment A to the Affidavit of SA Wanta<br>submitted on October 9, 2024 | )<br>)<br>)<br>)<br>)<br>) |

Case No.  7:24 cr 1023

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A to the Affidavit of SA Wanta for the application for the search warrant.

located in the _____ Northern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B to the Affidavit of SA Wanta for the application for the search warrant.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a); 846 | Distribution of a Controlled Substance; Conspiracy to do the Same |
| 21 USC 843(b) | Use of Communication Facility to Commit a Felony Drug Offense |
| 18 USC 924(c) | Use of Firearms in Furtherance of Drug Trafficking |

The application is based on these facts:
See attached Affidavit of SA Wanta for the application for the search warrant.

☑ Continued on the attached sheet.

☑ Delayed notice of _90_ days (give exact ending date if more than 30 days: _01/07/2025_ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Paul Wanta, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _10/9/24_

_____
*Judge's signature*

City and state:  Greenville, SC

William S. Brown, United States Magistrate Judge
*Printed name and title*